# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| NELSON BROWN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23CV675 HEA |
| | ) |
| MERIDIAN MEDICAL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Consistent with the Opinion, Memorandum, and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that**

**JUDGMENT** is entered in favor of Defendant and against Plaintiff.

Dated this 3rd day of April, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE